1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   DIANA HERNANDEZ-GONZALEZ

 IN THE UNITED STATES DISTRICT COURT

 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:11-cr-00096-JAM |
| Plaintiff, | **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: ELECTRONIC MONITORING; ORDER** |
| vs. | |
| **DIANA HERNANDEZ-GONZALEZ,** | Judge: Hon. Kendall J. Newman |
| Defendant(s). | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, and defendant Diana Hernandez-Gonzalez, by and through her attorney of record, Hayes H. Gable III, agree and stipulate that the defendant's amended special conditions of release be modified to delete the requirement of electronic monitoring.

Since her release, the defendant has complied with all the term and conditions of her pretrial release.

The undersigned has sought and obtained the approval of Pretrial Services Officer Gina Faubion to the above-stated request.

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  August 2, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant U.S. Attorney


/s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DIANA HERNANDEZ-GONZALEZ

**ORDER**

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the amended special conditions of release be modified to delete the requirement of electronic monitoring  All other conditions of release are to remain in full force.

**IT IS SO ORDERED .**

Dated: August 5, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE