HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@pacbell.net

Attorney for Defendant
DIANA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **DIANA HERNANDEZ-GONZALEZ,** <br> Defendant(s). | Case no. 2:11-cr-00096-JAM <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW DEFENDANT DIANA HERNANDEZ-GONZALEZ TO TRAVEL TO MEXICO AND FOR TEMPORARY RETURN OF PASSPORT** |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, and defendant Diana Hernandez-Gonzalez., by and through her counsel, Hayes H. Gable, III, agree and stipulate as follows:

1. Defendant's grandfather has passed away.

2. The defendant wishes to attend services for him, which are planned to be held in Guadalajara, Mexico.

3. The Plaintiff is agreeable to the Court modifying the terms of pretrial release to allow the defendant to travel to Mexico to attend the services.

4. Pretrial Services Officer Beth Baker has stated to defense counsel that Pretrial Services will defer to the Court in this matter.

5. In order for the defendant to travel to Mexico, her passport, currently held by the Clerk of this Court, must be temporally returned to her, through her attorney, who is authorized to take possession of same for that purpose.

6. The defendant shall notify her Pretrial Services officer at the time of her departure from the United States.

7. The defendant shall not remain out of the United States longer than eight days.

8. The defendant shall surrender her passport within 48 hours of her return to the United States to her attorney, who shall immediately lodge it with the Clerk.

9. All other terms and conditions of the defendant's pretrial release shall remain in full force.

SO STIPULATED.                                          BENJAMIN B. WAGNER
                                                        United States Attorney

Dated: March 14, 2013                                    /s/ Paul A. Hemesath
                                                        PAUL A. HEMESATH
                                                        Asst. United States Attorney
                                                        Attorney for Plaintiff

Dated: March 14, 2013                                    /s/ Hayes H. Gable, III
                                                        HAYES H. GABLE, III
                                                        Attorney for Defendant
                                                        DIANA HERNANDEZ-GONZALEZ

////
////
////
////
////
////
////
////

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, the Court grants the defendant's request to modify the terms of her pretrial release to allow her to travel to Mexico upon the terms and conditions set forth in the stipulation. The Clerk of this Court is ordered to release the defendant's passport to her attorney, Hayes H. Gable, III. All other terms and conditions of the defendant's pretrial release will remain in full force.

**IT IS SO ORDERED.**

Dated: March 14, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE