HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
DIANA HERNANDEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-0096-JAM |
| Plaintiff, | |
| vs. | APPLICATION TO EXTEND TIME TO SURRENDER TO COMMENCE SENTENCE AND ORDER |
| DIANA HERNANDEZ-GONZALEZ, | |
| Defendant. | Judge: John A. Mendez |

_____

Defendant, Diana Hernandez-Gonzalez, hereby makes application to the Court for an order extending the time for her to self-surrender to the Bureau of Prisons facility at Victorville, California.  The current date scheduled for surrender is June 12, 2014.  Ms. Hernandez is requesting a surrender date of August 22, 2014.  The additional time is needed for the defendant to enroll her children in a day-care program.  Defense counsel has spoken with the Site Supervisor at the Volunteers of America in North Hollywood, who confirmed that the programs for which the children will be enrolled do not commence until July 1st for three of them, and August 19th for the youngest. Letters substantiating the above are attached hereto.

The undersigned has sought and obtained the approval of Asst. U.S. Attorney Paul Hemeseth and Pretrial Services to the above-stated request.

Accordingly, it is requested that the self-surrender date be extended to August 22, 2014.  All other conditions of release are to remain in full force.

Dated:   June 6, 2014

                               Respectfully submitted,


                               /s/Hayes H. Gable, III
                               HAYES H. GABLE, III
                               Attorney for Defendant
                               DIANA HERNANDEZ-GONZALEZ

**ORDER**

Based upon the foregoing application and the agreement of the government and pretrial services, and good cause appearing, the Court grants the defendant's request that the self-surrender date, currently set for June 12, 2014, be extended to August 22, 2014.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

**DATED:  6/6/2014**

                               /s/ John A. Mendez_____
                               JOHN A. MENDEZ
                               U.S. District Court Judge