HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
DIANA HERNANDEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br><br> **DIANA HERNANDEZ-GONZALEZ,** <br><br> Defendant(s). | 2:11-cr-00096 JAM <br><br> **REQUEST FOR ORDER AND ORDER TO EXONERATE PROPERTY BOND AND RECONVEY REAL PROPERTY** <br><br><br> Hon. John A. Mendez |

On April 8, 2014, Diana Hernandez-Gonzalez was sentenced to serve a year and a day in the custody of the Bureau of Prisons. She is now serving that sentence.

On February 22, 2011, the defendant was ordered released on a secured bond.  It is hereby requested that the bond, secured by a deed of trust, be exonerated, and that the Clerk by directed to reconvey the real property to its owner.

1

Dated:  August 26, 2014

Respectfully submitted,


 /s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DIANA HERNANDEZ-GONZALEZ

**ORDER**

**IT IS HEREBY ORDERED** that the $200,000 bail secured by a deed of trust and

appearance bond relating to the property at 15425 Mayall Street, Mission Hills, California 91345, be

exonerated.

**IT IS FURTHER ORDERED** that the real property be reconveyed to Sixto Hernandez and

Casiana Hernandez, husband and wife, as Joint Tenants.

Dated: 8/26/2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. District Court Judge